UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
Timothy and Dawn Strauss                                             Case No. 6:14-02467
      Debtor(s).
_____/

**MOTION TO APPROVE TRIAL AGREEMENT WITH SELENE FINANCE, LP**

      Comes now the Debtors, Timothy and Dawn Strauss, by and through undersigned counsel and files this Motion to Approve TrialAgreement and in support thereof would state as follows:

      1.      The Debtors have sought a mortgage modification.

      2.      The Debtors have received notice that they have been approved for a mortgage modification through Selene Finance.

      3.      The trial payments are $1,669.56 beginning July 1, 2015.

      4.      The Debtors are completing step one of two-step documentation process.

      5.      After the trial payments have been made Selene Finance should provide the permanent agreement in a timely manner.

      6.      Payments made by the Debtors to the Trustee constitute timely payments to the Creditor.

      7.      The payments should be sent to the following address: Selene Finance, LP, PO Box 71243, Philadelphia, PA 1976-6243.

/s/DAVID L. ROBOLD, ESQ.
David L. Robold, Esquire
131 Park Lake Street
Orlando, Florida 32803
Telephone: (407) 426-6999
Facsimile:  (407) 898-9116
bankruptcy@robertsroboldlaw.com
Florida Bar No.: 083542

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 30th day of June, 2015 I have forwarded a true and correct copy of the foregoing, by United States mail, postage prepaid OR by ECF/Electronic notice, to the Chapter 13 Standing Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790-3450, and to Attorney for Creditor, Quintairos, Prieto, Wood & Boyer, P.A. 1475 Centrepark Blvd.  Suite#130, West Palm Beach, FL 33401

<u>Rule 7005-3</u>
<u>SERVICE BY ELECTRONIC NOTICE</u>

A party may make service under Rule 5 (b) (2) (D) of the Federal Rules of Civil Procedure through the Court's electronic transmission facilities if the party being served is a Filing User or otherwise consents in writing to electronic service.

<u>/s/DAVID L. ROBOLD, ESQ.</u>
David L. Robold, Esquire

krm